*Wednesday, September 5, 2001*

## MERIT DOCKET

**01–709.   State ex rel. Sudlow v. Hancock Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' notice of partial dismissal without prejudice,

IT IS ORDERED by the court that relators' claim for the issuance of a writ of mandamus compelling respondent to appoint to the MR/DD board a relative of a person eligible for and currently receiving services for pre-school or school-age children be, and hereby is, dismissed without prejudice.

IT IS FURTHER ORDERED by the court that this cause remain pending as to relators' other claim.

**01–1272.   State ex rel. Adelman v. Ohio Adult Parole Auth.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1354.   Petrik v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Shawn M. Petrik. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1369.   State ex rel. Goolsby v. Seiler.**
Original Action Involving Parental Rights or Adoption. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.